UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x
LISA COPPA, M.D.,

                Plaintiff,

    -against-                      ORDER
                                    04  CV 0399 (ILG) (CLP)

JOSIANE LEDERMAN, M.D., P.C.,
JOSIANE LEDERMAN, M.D. and
TANYA ZAJAC,

                Defendants.
-----------------------------------------------x

GLASSER, United States District Judge:

      A stipulation having been entered into by the terms of which the plaintiff's first and fourth causes of action are discontinued with prejudice, and summary judgment having been granted on the defendants' fifth counterclaim awarding them reimbursement for expenses incurred including reasonable attorneys' fees and costs in defending this action, referral is hereby made to Magistrate Judge Pollak to Report and Recommend the amount to be awarded.

                                 SO ORDERED.

Dated:       Brooklyn, New York
               April 27, 2005.


                         _____/s/_____
                         I. Leo Glasser
                         United States District Judge

Copies of the foregoing were sent on this day to:

Michael D. Fitzgerald
Sgarlato & Sgarlato, PLLC
1444 Clove Road
Staten Island, New York 10301

Attorneys for Plaintiff

Philip S. Raible
Mintz & Gold LLP
470 Park Avenue South – 10 North
New York, New York 10016

Attorneys for Defendants